AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of OHIO

| | |
|---|---|
| United States of America<br>v.<br>**CHANTEZ MOORE**<br>Date of Previous Judgment: 06/06/2007<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No: 1:06CR564-002<br>) USM No: 30999-160<br>) ALBERT A. GIULIANI<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __92 Months__ months **is reduced to** __77 Months__

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 92 to 115 months | Amended Guideline Range: | 77 to 96 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

FILED
SEP 30 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

Except as provided above, all provisions of the judgment dated __June 6, 2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 29, 2008

_Christopher A. Boyko_
Judge's signature
Judge Christopher A. Boyko
United States District Court
Printed name and title

Effective Date: _____
(if different from order date)